```
CRAIG R. SMITH (State Bar No. 180338)
SMITH LAW FIRM
A Professional Law Corporation
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone:      (818) 703-6057
Facsimile:  (818) 703-6058
email:      csmith@smithlf.com
```

```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                             Jan 28, 2015

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY: ____PMC____ DEPUTY
```

Attorneys for Creditors Bert Schreiber and Estate of Anthony Otrando

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Double S Development LLP<br><br>   Debtor. | CASE NO. CV14-9903-SVW<br><br>U.S.B.C. CASE NO. 1:09-12032-MT<br><br>[~~PROPOSED~~]<br>ORDER ON STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL<br><br>JS-6 |

**FOR GOOD CAUSE HAVING BEEN SHOWN**, and based upon the stipulation of the parties, the appeal is hereby dismissed. Each party shall bear its own costs and fees.

**IT IS SO ORDERED**

DATED: January 28, 2015

[signature]

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE